# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS T. LEE,<br><br>        Plaintiff,<br><br>        v.<br><br>CALIFORNIA BANK & TRUST, et al.,<br><br>        Defendants. | Case No. CV 13-5725 FMO (CWx)<br><br>**JUDGMENT** |

IT IS ADJUDGED that claim seven in the Complaint is **dismissed with prejudice** and the remaining claims are hereby remanded to the Los Angeles County Superior Court.

Dated this 9th day of September, 2013.

                                                                                   /s/<br>
                                                  Fernando M. Olguin<br>
                                              United States District Judge