# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS T. LEE, | Case No. CV 13-5725 FMO (CWx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CALIFORNIA BANK & TRUST, et al., | |
| Defendants. | |

IT IS ADJUDGED that claim seven in the Complaint is **dismissed with prejudice** and the remaining claims are hereby remanded to the Los Angeles County Superior Court.

Dated this 9th day of September, 2013.

/s/
Fernando M. Olguin
United States District Judge